## RHOADS et al. v. GARRISON.

Court of Appeals of Kentucky.
April 27, 1951.

## PER CURIAM.

Judgment of the Fayette Circuit Court for $360 in favor of Nathan R. Garrison for real estate commission. An appeal was granted below and also here. Although the pleadings and appellee's brief state the judgment is for $630, the record shows it is only for $360 and we are bound by the record. Finding no error in the record, the judgment is affirmed.

Fowler & Fowler, Lexington, for movant.

Yancey & Martin, Lexington, for opposed.

Appeal denied. Judgment affirmed.